**Samuel BURT, Plaintiff—Appellant,**

v.

**Jon OZMINT, Director; South Carolina Department of Corrections; W. Eagleton; S. Skipper; J. Sligh; J. Bethea; W. McCrae; Mr. Jacobs; S. Goldberg; M.C. Lindsey; C. Florian; Ms. Hooks, Defendants—Appellees.**

No. 11–6544.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 26, 2011.

Samuel Burt, Appellant Pro Se. Samuel F. Arthur, III, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Burt seeks to appeal the district court's order notifying the parties of certain administrative requirements and requiring Burt to notify the court of any changes of address. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Burt seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*